**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edwin Javier GUZMAN, Jr., Petitioner**

**No. 220 WAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.